**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JINXIONG CHEN et al.,

                                  Plaintiffs,

            -against-

DUN HUANG CORP. et al.,

                                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED FEB 0 5 2020

ORDER

19 Civ. 11883 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendants' response to the complaint is due by March 3, 2020.

Dated: New York, New York
       February 5, 2020

                                  SO ORDERED.

                                  _George B. Daniel_
                                  GEORGE B. DANIELS
                                  United States District Judge