**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __JUN 0 8 2020__

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JINXIONG CHEN et al.,

                                Plaintiffs,

            -against-

DUN HUANG CORP et al.,

                             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:
:
:
:
:
:
:
:
:

ORDER

19 Civ. 11883 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference is adjourned from June 17, 2020 to September 9, 2020 at 9:30 am.

Dated: New York, New York
       June 8, 2020

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge