```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 01 2020

------------------------------------------------x
JINXIONG CHEN et al.,

                             Plaintiffs,

    -against-

DUN HUANG CORP et al.,

                             Defendants.
------------------------------------------------x

<u>ORDER</u>

19 Civ. 11883 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The initial conference is adjourned from September 9, 2020 to December 9, 2020 at 9:30 am.

Dated: New York, New York
       September 1, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge