UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JINXIONG CHEN et al.,

                        Plaintiffs,

    -against-

DUN HUANG CORP et al.,

                        Defendants.

------------------------------------- x

ORDER

19 Civ. 11883 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendants' motion to dismiss dated March 4, 2020 is DENIED as moot, because Plaintiffs subsequently filed an amended complaint, (ECF No. 38).

For the reasons stated on the record during today's oral argument, Defendants Dun Huang New York Corp., DH Newland Corp, New York Dun Huang Inc, Lanzhou Beef Noodle Inc, John Doe Corp, Dun Huang Newland Corp, Zhongqi Bian, Hong Ji, Siwen Liu, and Haijun Lu's motions to dismiss the claims alleged against them in the amended complaint are GRANTED.

Defendants Shiyang Li and Yang Liu's motion to dismiss the claims alleged against them in the amended complaint is DENIED.

Defendant Dun Huang Corp's motion to dismiss Count I of the amended complaint is DENIED. The Clerk of the Court is directed to close the motions at ECF Nos. 32, 54, and 59.

Dated: New York, New York
       January 6, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge