

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JINXIONG CHEN and CHAN YIN LAU, *on their own behalf and on behalf of others similarly situated*,

        Plaintiffs,

-against-

DUN HUANG CORP, et al.,

        Defendants.

19-CV-11883 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court having granted plaintiffs' conditional collective certification motion pursuant to 29 U.S.C. § 216(b) (Dkt. No. 79), and having read and considered the revised proposed Notice of 29 U.S.C. § 216(b) Collective Action (Notice) along with the attached Consent Form (Dkt. No. 98-1), it is hereby ORDERED that:

1.     The parties' Notice and Consent Form is APPROVED.

2.     No later than **December 20, 2021**, plaintiffs' counsel shall transmit the Notice and Consent Form, in English and Chinese, to all full-time, non-exempt waiters and kitchen staff employed at Dun Huang Grand Central on or after December 29, 2016 by:

    a.     First class mail to those potential opt-in plaintiffs whose mailing address is known;

    b.     Email to those potential opt-in plaintiffs whose email address is known;

    c.     Text message to those potential opt-in plaintiffs whose cellphone number is known; and/or

        d.        Social media chat to those potential opt-in plaintiffs whose social media username(s) is known.

3.        No later than **December 20, 2021**, defendants shall display the Notice (in English and Chinese) in a conspicuous location at Dun Huang Grand Central.

Dated: New York, New York
       December 7, 2021        SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**