UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JINXIONG CHEN, et al.,

        Plaintiffs,

-against-

DUN HUANG CORP, et al.,

        Defendants.

19-CV-11883 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed at today's teleconference, it is hereby ORDERED that:

1. No later than 5:00 p.m. **today**, defendants shall provide to plaintiffs a photograph confirming that the Notice of Pendency is posted, in English and Chinese, in a conspicuous location art Dun Huang Grand Central.

2. No later than **January 25, 2022,** defendants shall provide an updated contact list including all current and past nonexempt kitchen and wait staff (full or part time) at Dun Huang Grand Central since the restaurant opened. If defendants do not have the full name or complete contact information for one or more former employees, they shall nonetheless provide whatever information they do have. Failure to provide such information may lead to significant sanctions.

3. Absent a stipulation by all parties or further order of the Court, plaintiffs shall not disseminate any text message, email, or other communication to members of the conditionally certified collection other than (a) the Court-approved Notice of Pendency, and (b) a short cover message, free of advocacy, that states only, in substance, that the Court-approved Notice of Pendency is attached.

Dated: New York, New York
      January 18, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**