# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

February 8, 2022

Ge Qu, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: rqu@hanglaw.com

**VIA ECF**
Hon. Barbara Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



Re:     **Chen et al v. Dun Huang Corp et al**
Case No. 1:19-cv-11883-GBD-BCM

*Letter Motion to Adjourn Conference*

Dear Judge Moses:

     This office represents Defendants Dun Huang Corp., Yang Liu, and Shiyang Li ("Defendants") in the above referenced action. We write to request an adjournment of the conference currently scheduled to start at 12:00 pm on February 10, 2022, pursuant to the Court's Order dated February 7, 2022. This is the first time for Defendants request an adjournment of a Court conference.

     The impetus for the application is that the undersigned has a conflict on said date as a trial in the matter of *Geng v. Shu Han Ju Restaurant II Corp et al, Civil Docket No. 1:18-cv-12220-RWL* will start before Judge Lehrburger tomorrow on February 9, 2022. The trial is expected to take place on February 9-10, 14-17; and March 1-3.

     The parties conferred earlier today and propose this Friday, February 11, 2022, as an alternative date for said conference. Counsel are available between 11:00 am to noon

and between 3:00 pm to 5:00 pm. While Defendants are also available on February 18, 21, or 22, plaintiffs declined to consent.

Therefore, Defendants respectfully request that the Court grant the instant application.

We appreciate the Court's time and continued attention to this matter.

Respectfully submitted,

 s/ *Ge Qu*

Ge Qu, Esq.

*Attorneys for Defendants*

---

Application GRANTED. The February 10, 2022 conference is ADJOURNED to **February 11, 2022 at 11:30 a.m.** At that time, the parties shall call (888) 557-8511 and enter the access code 7746387.

_____
Barbara Moses
United States Magistrate Judge
February 9, 2022