```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JINXIONG CHEN, et al.,

           Plaintiffs,

-against-

DUN HUANG CORP, et al.,

           Defendants.

19-CV-11883 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed at today's teleconference:

1.      No later than **February 18, 2022**, defendants shall file on the public docket a declaration or affidavit executed on personal knowledge and attesting to (a) when the Notice of Pendency was posted (in English and Chinese) at Dun Huang Grand Central; (b) where in the restaurant the Notice of Pendency was posted (including, if it has been moved, all such locations, as well as the dates on which it was posted at each location); and (c) whether that location (or those locations) are readily accessible to non-exempt employees. The declaration or affidavit shall attach and authenticate a photograph showing both the current location of the Notice of Pendency and the surrounding area.

2.      Counsel for the parties shall promptly meet and confer, in good faith and in real time (e.g., by telephone or videoconference; emails will not do) concerning the adequacy of the updated contact list recently provided to plaintiffs. Any letter-application with respect to the updated contact list shall be filed no later than **February 18, 2022.**

3.      Plaintiffs' Proposed Cover Text (Dkt. No. 109-1) may state only, "A Court ordered Notice of Pendency is attached." Plaintiffs' Proposed Reminder Post Card (Dkt. No. 109-2) may be disseminated as written, except that plaintiff shall delete the sentence, "Take action to be permitted to join the lawsuit."  Plaintiffs may, if they wish, add the url for the page on their counsel's website where the Notice of Pendency is posted.

2

The Clerk of Court is respectfully directed to close the letter-motion at Dkt. No. 108.

Dated:  New York, New York
        February 11, 2022

                                    SO ORDERED.

                                    _____
                                    **BARBARA MOSES**
                                    **United States Magistrate Judge**