# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW

Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342

41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

June 9, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/22

*Via* ECF

Hon. Barbara Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

**Re: Plaintiffs' Request to Adjourn the 37.2 Conference
currently scheduled for June 13, 2022
Chen et al v. Dun Huang Corp et al, No. 19-cv-11883 (GBD), (S.D.N.Y.)**

Dear Hon. Moses,

This office represents the Plaintiffs JINXIONG CHEN and CHAN YIN LAU in the above-captioned matter. We write respectfully and with Defendants' consent to adjourn the 37.2 Conference scheduled for June 13, 2022.

The reason for the adjournment is that I am conducting a prior-scheduled full-day virtual deposition beginning at 9 a.m. on Monday, March 13, 2022, in a New Jersey District Court case, and so will not be available. The witness to be deposed has previously "disappeared" and is appearing in response to a motion to compel.

I have conferred with Mr. Qu and both of us are available on June 27, July 28, or July 29 at any time after 12:00 p.m.

Respectfully submitted,

 /s/ Tiffany Troy
Tiffany Troy
John Troy
Aaron Schweitzer
*Attorney for Plaintiffs*

cc: via ECF all counsel of record
JT/mh

---

Application GRANTED. The conference previously scheduled for June 13, 2022 is ADJOURNED to **June 27, 2022 at 11:00 a.m.** SO ORDERED.

[signature]

Barbara Moses
United States Magistrate Judge
June 10, 2022