```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JINXIONG CHEN, et al.,

          Plaintiffs,

-against-

DUN HUANG CORP, et al.,

          Defendants.

19-CV-11883 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed at today's conference, it is hereby ORDERED that:

    1.    No later than **July 5, 2022**, defendants shall produce to plaintiffs a list or spreadsheet containing the current or last known mailing addresses, telephone numbers, email addresses, and WhatsApp, WeChat and/or Facebook usernames for Jinze Du, Song Gao, and Xueman Sun. Defendants shall make reasonable efforts to obtain and update the required information, including by reviewing their books and records and making inquiries among their current employees.

    2.    No later than **July 12, 2022,** plaintiff shall send the previously-authorized Notice of 29 U.S.C. § 216(b) Collective Action (Notice) and attached Consent Form to Du, Gao, and Sun, using any of the methods previously authorized by this Court (*see* Dkt. Nos. 98-1, 99); ***however***, the Notice must advise these recipients that their Plaintiff Consent Forms must be postmarked, faxed, or emailed within ***30 days*** from the date on which the Notice is sent to them.

    3.    In the event that Du, Gao, and/or Sun submit their Plaintiff Consent Forms within the 30-day period specified herein, they will not be excluded from the collective on timeliness grounds.

Dated: New York, New York
       June 27, 2022

                                **SO ORDERED**.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**