UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JINXIONG CHEN, a/k/a Jason Chen, and
CHANYIN LAU, *individually and on behalf
of all others similarly situated*,

                Plaintiffs,

     -against-

SHIYANG LI, YANG LIU, and DUN HUANG
CORP.,

                Defendants.

------------------------------------x

ORDER

19 Civ. 11883 (GBD) (BCM)

GEORGE B. DANIELS, United States District Judge:

    A pre-trial conference is scheduled for April 18, 2023 at 10:15 a.m.

Dated: March 28, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

1