**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JINXIONG CHEN, a/k/a Jason Chen, and     :
CHANYIN LAU, *individually and on behalf*  :
*of all others similarly situated,*            :
                                  :
                Plaintiffs,      :
                                    :
           -against-         :         ORDER
                                    :
DUN HUANG CORP.                  :    19 Civ. 11883 (GBD) (BCM)
     d/b/a Dun Huang Corporation    :
     d/b/a Dun Huang East Village     :
     d/b/a Dun Huang Grand Central,  :
YANG LIU, and                    :
SHIYANG LI                      :
                Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

      Trial is set to begin October 2, 2023 at 9:45 a.m.

Dated: May 18, 2023
      New York, New York

                          SO ORDERED.

                          GEORGE B. DANIELS
                          United States District Judge