UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

JINXIONG CHEN, a/k/a Jason Chen, and
CHANYIN LAU, *individually and on behalf
of all others similarly situated*,

                    Plaintiffs,

      -against-

DUN HUANG CORP, d/b/a Dun Huang
Corporation, Dun Huang East Village, and Dun
Huang Grand Central, SHIYANG LI, and
YANG LIU,

                    Defendants.

------------------------------------x

ORDER

19 Civ. 11883 (GBD) (BCM)

GEORGE B. DANIELS, United States District Judge:

      The pretrial conference scheduled for September 12, 2023 at 9:45 AM is adjourned to September 14, 2023 at 9:45 AM.

      The Clerk of Court is respectfully directed to close the motion at ECF No. 141.

Dated: September 13, 2023
       New York, New York

                                      SO ORDERED.

                                      GEORGE B. DANIELS
                                      United States District Judge