**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JINXIONG CHEN, a/k/a Jason Chen, and           :
CHANYIN LAU, *individually and on behalf*      :
*of all others similarly situated,*            :
                                               :
                          Plaintiffs,          :
                                               :
        -against-                              :               ORDER
                                               :
DUN HUANG CORP, d/b/a Dun Huang                :        19 Civ. 11883 (GBD) (BCM)
Corporation, Dun Huang East Village, and Dun   :
Huang Grand Central, SHIYANG LI, and           :
YANG LIU,                                      :
                                               :
                          Defendants.          :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

        The parties having settled this action, the Clerk of Court is hereby directed to terminate the

open motion at ECF No. 143 and close this action.

Dated: January 23, 2024
        New York, New York

                                        SO ORDERED.

                                        _George B. Daniels_
                                        GEORGE B. DANIELS
                                        United States District Judge

1